Opinion issued May 10, 2012.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00381-CR

———————————

In re Jason T. Pegues, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

Jason T. Pegues has filed a pro se
petition for writ of mandamus, requesting that we compel the trial court to
credit relator for time served in a juvenile detention facility pending the
trial of the underlying case. 

We deny the petition.[1]
See, e.g., Ex parte Florence, 319 S.W.3d 695, 696 (Tex. Crim. App. 2010)
(observing that jail-time-credit claims should be made by filing nunc pro tunc
motion with convicting court).

PER CURIAM

Panel
consists of Justices Bland, Massengale, and Brown.

Do
not publish.   Tex. R. App. P. 47.2(b).











[1]
          We note that relator has
designated the Honorable Walter S. McMeans, retired, County Court at Law No. 2
of Fort Bend County, as the respondent in this original proceeding; however,
the County Court at Law No. 2 is not the convicting court. The judgment relator
seeks to correct was rendered in State v.
Jason Tyrone Pegues, No. 26,185, in the 240th District Court of Fort Bend
County, Texas, the Honorable Thomas R. Culver, III, presiding.